IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL J DANIELS, ET AL., | § § | |
| *Plaintiffs,* | § § | 5:19-CV-01280-RBF |
| vs. | § § § | |
| AETC II PRIVATIZED HOUSING, LLC, AETC II PROPERTY MANAGERS, LLC, HUNT ELP, LTD, | § § § § | |
| *Defendants.* | § § § | |

**ORDER SEVERING CASE AND
OPENING NEW CIVIL CASE NUMBERS**

Before the Court is the status of the above-referenced litigation and several pending motions filed by Defendants, including the following: Unopposed Motion to Open Case and Dissolve Administrative Closure, *see* Dkt. No. 549, Motion to Apply Court's Previous Rulings on Vinales' Claims to Remaining Randolph Plaintiffs, *see* Dkt. No. 550, and Motion for Leave to File Supplemental Briefing in Support of Defendants' Motion for Summary Judgment Against Konzen Plaintiffs, *see* Dkt. No. 551. This Court has jurisdiction pursuant to 28 U.S.C. § 636(c). *See* Dkt. Nos. 265, 266, & 267 (reassignment order).

On October 2, 2023, the Court granted Plaintiffs' Motion to Abate, staying this matter, and directing the Clerk's Office to administratively close the case "pending resolution of the [Vinales] appeal." *See* Dkt. No. 491 at 1. The Parties now inform the Court that on January 12, 2026, the U.S. Supreme Court denied the petition for writ of *certiorari* in the *Vinales* matter, and Defendants request, unopposed, that the Court lift the stay and dissolve the administrative closure. *See* Dkt. No. 549. Before turning to these matters, some housekeeping is in order.

To properly manage the Court's docket, it is necessary to sever each Plaintiff family into its own individual case, as the reasons for full consolidation have run their course. Accordingly,

**IT IS ORDERED** that each individual Plaintiff family's case is **SEVERED** into its own individual case that shall proceed under its own new individual civil case number assigned upon docketing of this Order. The Clerk of the Court is **DIRECTED** to open a new civil case by filing a copy of this Order as the initial filing, along with a copy of the live complaint—Dkt. No. 9 in the above-captioned *Vinales*, No. 5-19-CV-01280-RBF matter—as the second docket entry in each new case. The new civil actions shall be opened without the additional payment of a civil filing fee. Once opened, the new cases shall not be subject to the stay order entered in *Vinales*, No. 5-19-CV-01280-RBF matter. The cases shall have the following party designations:

- Michael Daniels*, Individually and as Next of Friend of X.D. and S.D.* & Barbara High-Daniels, *Individually and as Next of Friend of X.D. and S.D.* v. AETC II Privatized Housing, LLC; AETC II Property Managers, LLC; & Hunt ELP, LTD, *d/b/a Hunt Military Communities*;

- Jonathan Kline, *Individually and as Next of Friend of K.K., K.K., and K.K.* & Sarah Kline, *Individually and as Next of Friend of K.K., K.K., and K.K.* v. AETC II Privatized Housing, LLC; AETC II Property Managers, LLC; & Hunt ELP, LTD, *d/b/a Hunt Military Communities*;

- Mark Hiatt, *Individually and as Next of Friend of S.H., J.H., D.H., and J.H.* & Rachel Hiatt, *Individually and as Next of Friend of S.H., J.H., D.H., and J.H.* v. AETC II Privatized Housing, LLC; AETC II Property Managers, LLC; & Hunt ELP, LTD, *d/b/a Hunt Military Communities*;

- Samuel Hamilton, *Individually and as Next of Friend of N.H. and E.H.* & Leilani Hamilton, *Individually and as Next of Friend of N.H. and E.H.* v. AETC II Privatized Housing, LLC; AETC II Property Managers, LLC; & Hunt ELP, LTD, *d/b/a Hunt Military Communities*;

- Thomas Wolf, *Individually and as Next of Friend of C.G., G.W., N.W. and M.W.* & Kassandra Wolf, *Individually and as Next of Friend of C.G., G.W., N.W. and M.W.* v. AETC II Privatized Housing, LLC; AETC II Property Managers, LLC; & Hunt ELP, LTD, *d/b/a Hunt Military Communities*;

- Jon Alexander, *Individually and as Next of Friend of N.A. and M.A.* & Allison Alexander, *Individually and as Next of Friend of N.A. and M.A.* v. AETC II Privatized Housing, LLC; AETC II Property Managers, LLC; & Hunt ELP, LTD, *d/b/a Hunt Military Communities*;

- Lance Kozen & Megan Kozen, v. AETC II Privatized Housing, LLC; AETC II Property Managers, LLC; & Hunt ELP, LTD, *d/b/a Hunt Military Communities*;

- Abigail Pisano, Anna Pisano, Carmen Pisano, & Mary E. Pisano v. AETC II Privatized Housing, LLC; AETC II Property Managers, LLC; & Hunt ELP, LTD, *d/b/a Hunt Military Communities*;

**IT IS FURTHER ORDERED** that the parties shall, within **twenty-one (21) days** from the date of each new case being opened, file in each separate new case a Joint Advisory notifying the Court which

documents from the present *Vinales*, No. 5-19-CV-01280-RBF matter should be placed on the docket in each newly created case.

**IT IS FURTHER ORDERED** that in light of each Plaintiff family's case being severed, the Motion to Open Case and Dissolve Administrative Closure filed by Defendants, Dkt. No. 549, is **MOOT.** As mentioned above, the stay order will not be applied to newly opened cases, which will therefore be open and unstayed upon their creation.

**IT IS FURTHER ORDERED** that Defendants' Motion to Apply Court's Previous Rulings, Dkt. No. 550, and Motion for Leave to File Supplemental briefing in Support of Defendants' Motion for Summary Judgment Against Konzen Plaintiffs, Dkt. No. 551, are **MOOT** in light of the relief provided herein. Defendants may re-urge these motions in the newly opened civil case numbers for each Plaintiff family. The Court will note, however, that the Motion to Apply Court's Previous Rulings, Dkt. No. 550, appears to warrant relief and the parties can expect the Court to apply its prior rulings from *Vinales* to the newly severed cases, barring some persuasive, previously unraised reason to distinguish the newly severed case.

*     *     *

The Court expects that it will soon enter a trial schedule for the remaining cases. That schedule will be aggressive and will seek to get these cases before juries sooner rather than later. It will be a busy spring, summer, and fall; counsel should plan accordingly.

**IT IS SO ORDERED.**

**SIGNED** this 11th day of February, 2026.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE